BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CESAR A. SANTIAGO, ) <br> ) <br>        Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ) <br> CAROLYN W. COLVIN[1], ) <br> Acting Commissioner ) <br> of Social Security, ) <br>        Defendant. ) <br> ) <br>_____) | Case No. 2:13-CV-02174-EFB <br><br> STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, from January 22, 2014 to February 21, 2014, to file the Certified Administrative Record (CAR).

    There is good cause for this extension as the CAR for this matter has not yet been produced. Following the October 2013 furlough, the Social Security Administration's component responsible for production of the CARs for civil court actions, the Office of

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Disability Adjudication and Review (ODAR), continues to work through a substantial backlog of cases.  The Office of the General Counsel is working diligently with ODAR to prioritize its substantial backlog of CARs that must be produced for thousands of pending civil actions nationwide.

As such, Defendant requests a 30-day extension of time to assemble, produce, and file the CAR.  Defendant apologizes to the Court for this unavoidable delay and hereby requests to extend the schedule in this matter.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 21, 2014  
*/s/ Bess M. Brewer*  
BESS M. BREWER  
(as authorized via email)  
Attorney at Law

Attorney for Plaintiff

Dated: January 21, 2014  
BENJAMIN B. WAGNER  
United States Attorney  
DONNA L. CALVERT  
Acting Regional Chief Counsel, Region IX  
Social Security Administration

By:  
*/s/ Annabelle J. Yang*  
ANNABELLE J. YANG  
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  January 22, 2014.

_____  
EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE