BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR A. SANTIAGO ) | Case No.   13-2174 EFB |
| ) | |
| ) | |
| ) | **STIPULATIONAND PROPOSED** |
| ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** ) | **TIME TO FILE SUMMARY** |
| ) | **JUDGEMENT MOTION** |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF SSA ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from April 10, 2014, to May 8, 2014,  with all other deadlines extended accordingly.  This extension is required due to counsel's briefing schedule

/ / / /

/ / / /

/ / / /

1

Dated: April 10, 2014

           */s/Bess M. Brewer*
           BESS M. BREWER
           Attorney at Law

           Attorney for Plaintiff

Dated: April 10, 2014

           Benjamin B. Wagner
           United States Attorney

           Donna L. Calvert
           Acting Regional Chief Counsel, Region IX
           Social Security Administration

           /s/ Annabelle Yang
           ANNABELLE YANG

           Special Assistant United States Attorney
           Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:   April 10, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE