BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 385-7517
besshelena@earthlink.net

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CESAR A. SANTIAGO**  )<br>)<br>)<br>)<br>**Plaintiff,**  )<br>)<br>**v.**  )<br>)<br>**COMMISSIONER OF SSA**  )<br>)<br>**Defendant.**  )<br>) | Case No.   13-2174 EFB<br><br>**MOTION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION** |

**NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Plaintiff hereby moves the Court for an extension of time to August 1, 2014, to file his Summary Judgment Motion pursuant to Rule 6(4)(b) of the Federal Rules of Civil Procedure.  This motion is based on the entire record in  this case including the declaration of plaintiff's counsel as set forth below.

**MOTION**

Plaintiff respectfully requests that the Court permit counsel to file her Summary Judgment Memorandum on August 1, 2014, pursuant to Rule 6 (4) (b) of the Federal Rules of Civil Procedure. Rule 6(4)(b).  Due to counsel's "inadvertence, mistake and excusable neglect" the due date for Mr. Santiago's summary judgment motion was not re-calendared after being extended to May 8, 2014. Counsel became aware of the mistake today when updating files. *See*, Declaration of Bess M. Brewer.  Counsel apologizes to the court for not timely filing Mr. Santiago's judgment motion.

1

Dated: July 24, 2014

LAW OFFICE OF
BESS M. BREWER & ASSOCIATES

By: /S/ *BESS M. BREWER*
BESS M. BREWER
Attorney for Plaintiff

## DECLARATION OF BESS M. BREWER

I, Bess M. Brewer, Declare:

1. I am an attorney licensed the practice law in California and am admitted to practice before this Court. I represent the plaintiff in the above referenced case and submit this declaration in support of plaintiff's motion for leave to file Mr. Santiago's brief on August 1, 2014.

2. Plaintiff's motion for summary judgment was extended to May 8, 2014. Unfortunately, I failed to actually calendar the new due date. I became aware of this oversight today when updating my files.

3. I apologize to the Court for my failure to properly re calendar the due date for Mr. Santiago's summary judgment motion and request permission to file the brief on August 1, 2014. Opposing Counsel has been notified of this motion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on July 24, 2014, in Sacramento, California.

/s/ Bess M. Brewer
BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 28, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE